# EXHIBIT B

Hitachi's LVM Dynamic Resizing Products, Systems and/or Services include, without limitation, for example, the following products:

BladeSymphony

HA8000 RS220