# EXHIBIT C

NIT-316-04

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   K. SOEJIMA et al.

Serial No.:   Not yet assigned

Filed:   March 13, 2007

For:   VOLUME MANAGEMENT METHOD AND APPARATUS

Group:   2187 (parent)

Examiner:   B. Peugh (parent)

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.97 & 1.98

Commissioner for Patents                                     March 13, 2007
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In the matter of the above-identified application, Applicants are submitting herewith a form equivalent to Form PTO-1449 for the Examiner's consideration.

This information disclosure statement is being submitted within three months of the filing date.

Each of the documents listed on the attached form equivalent to Form PTO-1449 was cited or submitted in the parent application, U.S. Application No. 11/104,487, filed April 13, 2005.

It is respectfully requested that this information disclosure statement be considered by the Examiner.

New Continuation Application of
U.S. Application No. 11/104,487

Please charge any shortage in the fees due in connection with the filing of this paper, including extension of time fees, to the deposit account of Mattingly, Stanger, Malur & Brundidge, Deposit Account No. 50-1417 (referencing attorney docket no. NIT-316-04) please credit any excess fees to such deposit account.

Respectfully submitted,

MATTINGLY, STANGER, MALUR & BRUNDIDGE, P.C.

Daniel J. Stanger
Registration No. 32,846

DJS/sdb
(703) 684-1120

2

| FORM PTO-1449  U.S. Department of Commerce (Rev. 4/92) Patent and Trademark Office | ATTY. DOCKET NO. NIT-316-04 | SERIAL NO. Not yet assigned |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | APPLICANT K. SOEJIMA et al. | |
| (Use several sheets if necessary) | FILING DATE March 13, 2007 | GROUP 2187 (parent) |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | 6,718,436 | 04-2004 | KIM et al. | | | |
| | | 6,715,054 | 03-2004 | YAMAMOTO | | | |
| | | 6,507,883 | 01-2003 | BELLO et al. | | | |
| | | 5,619,690 | 04-1997 | MATSUMANI et al. | | | |
| | | 5,355,475 | 10-1994 | TANAKA et al. | | | |
| | | 6,405,284 | 06-2002 | BRIDGE | | | |
| | | 6,256,705 | 07-2001 | LI et al. | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | ABSTRACT YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | JP 2001-067187 A | 03-2001 | JAPAN | | | | |
| | | JP 07-73090 | 03-1995 | JAPAN | | | | |
| | | JP 4-165541 | 06-1992 | JAPAN | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | "Data Storage 2002", Nikkei Computopia, 2000, pp. 16-20. |
| | | Building Storage Networks, Osborne/McGraw Hill, pp. 176-177, 210-225. |
| | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation is considered, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449 [6-4])